UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR 06-0124 MJP |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MICHAEL THOMAS COYNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This Court having considered the stipulation of the parties hereby GRANTS the parties' request for a continuance of the trial date and pre-trial motions cutoff date. Defendant Michael Thomas Coyner indicated his knowing, voluntary, and intelligent waiver of his right to a speedy trial by executing a written waiver of his right to a speedy trial through October 31, 2006.

In view of the parties' agreement to continue the trial date, for the reasons stated in their stipulation, the defendant knowing, voluntary, and intelligent waiver of his right to a speedy trial, the parties' desire to engage in plea discussions, the complexity of the case, and the interest of the public in ensuring that he has adequate and effective representation by counsel recently retained, this Court finds that the ends of justice served by granting a continuance outweighs the best interest of the public and the defendant in a speedy trial.

The parties' motion for a continuance is GRANTED.  Trial is reset for <u>October 2, 2006</u>.  The Pre-trial Motion cutoff date is reset for <u>August 22, 2006</u>.  The time from the filing of the stipulated motion through the new trial date shall be excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).

Dated this 2nd day of June, 2006.

/S/Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

_____
ANTHONY SAVAGE, WSBA No. 2208
Attorney for Defendant David Coyner
615 Second Avenue, Suite 340
Seattle, Washington 98104-2200
Telephone:	(206) 682-1882
Facsimile:	(206) 682-1885
E-mail:	loophole@integraonline.com